MARIA L. DAVIS, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 4, 1895; decided March 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*Frank Comesky* for respondent.

Agree to affirm; no opinion.

All concur, except PECKHAM and GRAY, JJ., dissenting.

Judgment affirmed.